UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 24-263 (DSD/DJF)

United States of America,

        Plaintiff,

v.                                              **ORDER**

Robert Joseph Anderson (3) and
Aaron Thomas Heifort(4),

        Defendants.

This matter is before the court upon the report and recommendation by United States Magistrate Judge Dulce J. Foster dated August 28, 2025 (R&R). Based on the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 161] is adopted; and

2. The motions to suppress physical evidence and statements [ECF Nos. 86, 116] are denied.

Dated: September 22, 2025

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court